

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00377-CV

**ROBERT LAMMERTS,**

**Appellant**

 **v.**

**VIVIAN COVINGTON,**

**Appellee**

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. 14318CV**

## MEMORANDUM OPINION

In this eviction action, Robert Lammerts appeals from the trial court's final judgment signed on November 17, 2023. By letter dated December 8, 2023, the Clerk of this Court notified Lammerts that the appeal is subject to dismissal because the original filing fee has not been paid. The December 8, 2023 letter warned Lammerts that the Court would dismiss the appeal unless, within twenty-one days from the date of the letter, he paid the filing fee or obtained indigent status for purpose of the appeal. Twenty-one days

have passed, and Lammerts has not paid the filing fee or obtained indigent status.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson,
    and Justice Smith
Appeal dismissed
Opinion delivered and filed January 11, 2024
[CV06]

